UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SAM LOUIS LATINO, | NO. CIV. 2:11-2037 WBS DAD |
| Plaintiff, | |
| | ORDER OF RECUSAL |
| v. | |
| WELLS FARGO BANK, N.A., Also Known As WACHOVIA MORTGAGE, A Division of WELLS FARGO BANK, N.A., and Formerly Known as WACHOVIA MORTGAGE, FSB, Formerly Known as WORLD SAVINGS BANK, FSB; CAL-WESTERN RECONVEYANCE CORPORATION; GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY; and DOES 1 through 20, | |
| Defendants. | |

----oo0oo----

       The undersigned hereby recuses himself as the judge to whom this case is assigned.

       IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases

1 to compensate for such reassignment.
2           Any dates previously set in this case are hereby
3 VACATED.
4 DATED:  August 3, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2